# Exhibit 2

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,032,989

Registered Dec. 20, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# GoPro

WOODMAN LABS, INC. (CALIFORNIA COR-
  PORATION)
6 JOSEPHINE STREET
SAUSALITO, CA 94965

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY
FILM CAMERAS AND DIGITAL CAMERAS, CASES
AND HOUSINGS FOR CAMERAS AND CAMERA
STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-13-2004; IN COMMERCE 9-12-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-369,572, FILED 2-17-2004.

ELIZABETH J. WINTER, EXAMINING ATTORNEY



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:          **Record 44 out of 45**

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

GoPro

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, [ film cameras and ] digital cameras, cases and housings for cameras and camera straps. FIRST USE: 20040113. FIRST USE IN COMMERCE: 20040912 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78369572 |
| **Filing Date** | February 17, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 21, 2004 |
| **Registration Number** | 3032989 |
| **Registration Date** | December 20, 2005 |
| **Owner** | (REGISTRANT) Woodman Labs, Inc. CORPORATION CALIFORNIA 3000 Clearview Way, Bldg E San Mateo CALIFORNIA 94402<br><br>(LAST LISTED OWNER) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | Connie L. Ellerbach |

| | |
|---|---|
| **Record** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20151104. |
| **Renewal** | 1ST RENEWAL 20151104 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

**.|HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY**

# United States of America
## United States Patent and Trademark Office

# GOPRO

**Reg. No. 5,008,425**

**Registered Jul. 26, 2016**

**Int. Cl.: 9, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

GOPRO, INC. (DELAWARE CORPORATION)
3000 CLEARVIEW WAY
SAN MATEO, CA 94402

CLASS 9: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content; cases, housings, and accessories for cameras, namely, batteries, lenses, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, photographic flash units, mounting devices for photographic equipment, tripods and camera straps; cases and bags for photographic apparatus; computer software for use in connection with photographic and video equipment and cameras, namely, software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying data, images, videos, multimedia files, and other digital data; desktop and mobile photo and video editing software; computer software and software applications for use in uploading, downloading, editing, storing, distributing and sharing photographic and video content via global and local computer networks and via mobile devices; downloadable multimedia files containing digital audio and video files featuring user generated images, videos, multimedia files, and other digital data

FIRST USE 1-13-2004; IN COMMERCE 9-12-2004

CLASS 38: Video broadcasting; streaming of video material on the internet; broadcasting of audio and video content and programming over the internet; electronic delivery of images and photographs via a global computer network and via mobile electronic devices; electronic transmission and streaming of digital media content for others via global and local computer networks and via mobile electronic devices; streaming user generated photographic and video content via a website on the internet and via mobile electronic devices

FIRST USE 3-11-2009; IN COMMERCE 3-11-2009

CLASS 41: Photographic and video services, namely, photographic and video capture; providing non-downloadable online audio, audiovisual, multimedia, picture and video content, for educational purposes in the field of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing educational services, namely, conducting classes in the fields of photography, videography, computer hardware and software applications; providing training, instruction, instructional tips and advice in the field of photography, videography; providing content retrievable via the internet, namely, online non-downloadable photos and video content for educational and entertainment



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing online audio, audiovisual, multimedia, picture and video content for entertainment and educational purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, via a wireless network, providing electronic entertainment content, namely, providing online non-downloadable educational audio, audiovisual, multimedia and video content in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, and providing a web site featuring non-downloadable photographs and videos featuring images, videos, multimedia files, and other digital data for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; organizing community sporting and cultural events, and organizing regional, state-wide and national sporting events, namely, cycling, mountain biking, motorcycle and car racing, skateboard, skiing, ski jumping, snowboarding, skydiving, surfing, diving, swimming, rafting, kayaking, rock climbing, and running; entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and multimedia presentations in the fields of technology, travel, entertainment news, sports, fitness, recreational activities, current events news, special interest features in the fields of nature, people in entertainment, art, pop culture, adventure sports, music and photography; providing a website featuring non-downloadable audio and video content for entertainment and educational purposes in the fields of technology, travel, entertainment, sports, fitness, recreational activities, news, special interest features in the field of science, nature, entertainment, art, pop culture, adventure sports, music and photography; providing an online searchable database in the fields of photography and videography for educational and entertainment purposes featuring instructional information, images, videos, multimedia files, and other digital data in the fields of photography and videography for subject matter related to technology, travel, entertainment, sports, fitness, recreation, news, special interest features in the fields of science, nature, people, art, pop culture, adventure sports, music and photography; on-line library services, namely, providing electronic library services which feature photographs and videos via an on-line computer network; photography and videography services, namely, providing photographic and video content for third parties to use in the creation of television programs, television commercials, motion pictures and films; providing online journals, namely, blogs, for sharing thoughts, ideas, experiences, comments, tips, techniques, and advice in the field of photography and videography; providing conferences, seminars, workshops and tutorials in the field of photography and videography for entertainment and educational purposes

FIRST USE 3-00-2006; IN COMMERCE 3-00-2006

CLASS 42: Providing a web hosting platform for uploading, downloading, storing, managing, distributing, editing and sharing photographic, video and multimedia content of third parties; providing temporary use of online non-downloadable software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Providing temporary use of on-line non-downloadable cloud computing software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Peer-to-browser photo sharing services, namely, providing a website featuring technology enabling users to upload, view, and download digital photos and videos; Providing a web site featuring temporary use of non-downloadable software allowing web

site users to upload on-line videos for sharing with others for entertainment purposes; Providing a web site that gives computer users the ability to upload, exchange and share photos, videos and video logs; Computer services, namely, providing search platforms to allow users to locate, access, copy, transmit, edit, and share photographic, video and multimedia content; file sharing services, namely, providing a website featuring technology enabling users to download electronic files containing user generated photos and videos in the field of general interest; hosting on-line web facilities for others for databases and libraries of third parties in the field of photography and videography

FIRST USE 3-28-2011; IN COMMERCE 3-28-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3032989

SER. NO. 86-048,206, FILED 08-26-2013

ANTHONY MICHAE RINKER, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Dec 13 04:07:21 EST 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [          ] OR    Jump    to record: [          ]    **Record 26 out of 45**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content; cases, housings, and accessories for cameras, namely, batteries, lenses, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, photographic flash units, mounting devices for photographic equipment, tripods and camera straps; cases and bags for photographic apparatus; computer software for use in connection with photographic and video equipment and cameras, namely, software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying data, images, videos, multimedia files, and other digital data; desktop and mobile photo and video editing software; computer software and software applications for use in uploading, downloading, editing, storing, distributing and sharing photographic and video content via global and local computer networks and via mobile devices; downloadable multimedia files containing digital audio and video files featuring user generated images, videos, multimedia files, and other digital data. FIRST USE: 20040113. FIRST USE IN COMMERCE: 20040912

IC 038. US 100 101 104. G & S: Video broadcasting; streaming of video material on the internet; broadcasting of audio and video content and programming over the internet; electronic delivery of images and photographs via a global computer network and via mobile electronic devices; electronic transmission and streaming of digital media content for others via global and local computer networks and via mobile electronic devices; streaming user generated photographic and video content via a website on the internet and via mobile electronic devices. FIRST USE: 20090311. FIRST USE IN COMMERCE: 20090311

IC 041. US 100 101 107. G & S: [Photographic and video services, namely, photographic and video capture;] providing non-downloadable online audio, audiovisual, multimedia, picture and video content, for educational purposes in the field of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing educational services, namely, conducting classes in the fields of photography, videography, computer hardware and software applications; providing training, instruction, instructional tips and advice in the field of photography, videography; providing content retrievable via the internet, namely, online non-downloadable photos and video content for educational and entertainment |

purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing online audio, audiovisual, multimedia, picture and video content for entertainment and educational purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, via a wireless network, providing electronic entertainment content, namely, providing online non-downloadable educational audio, audiovisual, multimedia and video content in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, and providing a web site featuring non-downloadable photographs and videos featuring images, videos, multimedia files, and other digital data for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; organizing community sporting and cultural events, and organizing regional, state-wide and national sporting events, namely, cycling, mountain biking, motorcycle and car racing, skateboard, skiing, ski jumping, snowboarding, skydiving, surfing, diving, swimming, rafting, kayaking, rock climbing, and running; entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and multimedia presentations in the fields of technology, travel, entertainment news, sports, fitness, recreational activities, current events news, special interest features in the fields of nature, people in entertainment, art, pop culture, adventure sports, music and photography; providing a website featuring non-downloadable audio and video content for entertainment and educational purposes in the fields of technology, travel, entertainment, sports, fitness, recreational activities, news, special interest features in the field of science, nature, entertainment, art, pop culture, adventure sports, music and photography; providing an online searchable database in the fields of photography and videography for educational and entertainment purposes featuring instructional information, images, videos, multimedia files, and other digital data in the fields of photography and videography for subject matter related to technology, travel, entertainment, sports, fitness, recreation, news, special interest features in the fields of science, nature, people, art, pop culture, adventure sports, music and photography; on-line library services, namely, providing electronic library services which feature photographs and videos via an on-line computer network; photography and videography services, namely, providing photographic and video content for third parties to use in the creation of television programs, television commercials, motion pictures and films; providing online journals, namely, blogs, for sharing thoughts, ideas, experiences, comments, tips, techniques, and advice in the field of photography and videography; providing conferences, seminars, workshops and tutorials in the field of photography and videography for entertainment and educational purposes. FIRST USE: 20060300. FIRST USE IN COMMERCE: 20060300

IC 042. US 100 101. G & S: Providing a web hosting platform for uploading, downloading, storing, managing, distributing, editing and sharing photographic, video and multimedia content of third parties; providing temporary use of online non-downloadable software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Providing temporary use of on-line non-downloadable cloud computing software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Peer-to-browser photo sharing services, namely, providing a website featuring technology enabling users to upload, view, and download digital photos and videos; Providing a web site featuring temporary use of non-downloadable software allowing web site users to upload on-line videos for sharing with others for entertainment purposes; Providing a web site that gives computer users the ability to upload, exchange and share photos, videos and video logs; Computer services, namely, providing search platforms to allow users to locate, access, copy, transmit, edit, and share photographic, video and multimedia content; file sharing services, namely, providing a website featuring technology enabling users to download electronic files containing user generated photos and videos in the field of general interest; hosting on-line web facilities for others for databases and libraries of third parties in the field of photography and videography. FIRST USE: 20110328. FIRST USE IN COMMERCE: 20110328

| **Standard Characters Claimed** | |
| --- | --- |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86048206 |
| **Filing Date** | August 26, 2013 |

| | |
|---|---|
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 27, 2015 |
| **Registration Number** | 5008425 |
| **Registration Date** | July 26, 2016 |
| **Owner** | (REGISTRANT) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Prior Registrations** | 3032989 |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 5,187,830**

**Registered Apr. 18, 2017**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

GoPro, Inc. (DELAWARE CORPORATION)
3000 Clearview Way
San Mateo, CA 94402

CLASS 9: spherical photo and video capture cameras; cameras for producing 360 views; panoramic cameras; central array boards and related hardware and software for spherical photo and video capture cameras; software tools and applications to support spherical video content; computer software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying spherical and panoramic photo and video content; power solutions for spherical photo and video capture cameras, including batteries, wireless adaptors, power adaptors, and chargers; custom camera hardware solutions; custom integrated platform solutions; selfie sticks, namely, hand-held monopods; camera fixing bands, namely, head bands, straps, shoulder bands, and chest bands; mounting brackets for cameras; bases for cameras; clamps for cameras; floats for cameras; floatable hand grips for cameras; storage bags for cameras; waterproof and non-waterproof protective cases for cameras; protective lens covers for cameras; protective films adapted for camera screens; windshields made of plastic; filters for photographic equipment; wires and cables for camera electricity mains; wall chargers; car-mounted chargers

FIRST USE 1-13-2004; IN COMMERCE 9-12-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-906,488, FILED 02-12-2016
JOHN C B HWANG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR Jump to record: [          ]   **Record 31 out of 45**

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: spherical photo and video capture cameras; cameras for producing 360 views; panoramic cameras; central array boards and related hardware and software for spherical photo and video capture cameras; software tools and applications to support spherical video content; computer software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying spherical and panoramic photo and video content; power solutions for spherical photo and video capture cameras, including batteries, wireless adaptors, power adaptors, and chargers; custom camera hardware solutions; custom integrated platform solutions; selfie sticks, namely, hand-held monopods; camera fixing bands, namely, head bands, straps, shoulder bands, and chest bands; mounting brackets for cameras; bases for cameras; clamps for cameras; floats for cameras; floatable hand grips for cameras; storage bags for cameras; waterproof and non-waterproof protective cases for cameras; protective lens covers for cameras; protective films adapted for camera screens; windshields made of plastic; filters for photographic equipment; wires and cables for camera electricity mains; wall chargers; car-mounted chargers. FIRST USE: 20040113. FIRST USE IN COMMERCE: 20040912 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86906488 |
| **Filing Date** | February 12, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 12, 2016 |

| | |
|---|---|
| **Registration Number** | 5187830 |
| **International Registration Number** | 1293658 |
| **Registration Date** | April 18, 2017 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 5,214,644**

**Registered May 30, 2017**

**Int. Cl.: 9, 12, 28**

**Trademark**

**Principal Register**

GoPro, Inc. (DELAWARE CORPORATION)
3000 Clearview Way
San Mateo, CA 94402

CLASS 9: Camera accessories, namely, mounts, smart mounts, straps, rigs, holders, harnesses, brackets; related equipment for holding, mounting, positioning and maneuvering cameras, namely, stabilizers and harnesses

FIRST USE 9-19-2016; IN COMMERCE 10-22-2016

CLASS 12: Unmanned aerial vehicles (UAVs), remote controlled UAVs, quad copters and drones, and related structural components, namely, the body, arms, routers, motors, propellers, landing struts, stabilizers, and vibration isolators; robotic transport vehicles, and related structural components namely, the body, arms, routers, motors, propellers, landing struts, stabilizers, vibration isolators

FIRST USE 9-19-2016; IN COMMERCE 10-22-2016

CLASS 28: Remote control and computer controlled flying devices for recreational use, namely, quad copters, and drones

FIRST USE 9-19-2016; IN COMMERCE 10-22-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-746,656, FILED 09-03-2015
EMILY M CHUO, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.   See  15  U.S.C.  §§1058, 1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.   Instead,  the  holder  must  file  a  renewal  of  the  underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: _____   OR  Jump  to record: _____     **Record 34 out of 45**

TSDR  |  ASSIGN Status  |  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| **Word Mark** | GOPRO |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Camera accessories, namely, mounts, smart mounts, straps, rigs, holders, harnesses, brackets; related equipment for holding, mounting, positioning and maneuvering cameras, namely, stabilizers and harnesses. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20161022

IC 012. US 019 021 023 031 035 044. G & S: Unmanned aerial vehicles (UAVs), remote controlled UAVs, quad copters and drones, and related structural components, namely, the body, arms, routers, motors, propellers, landing struts, stabilizers, and vibration isolators; robotic transport vehicles, and related structural components namely, the body, arms, routers, motors, propellers, landing struts, stabilizers, vibration isolators. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20161022

IC 028. US 022 023 038 050. G & S: Remote control and computer controlled flying devices for recreational use, namely, quad copters, and drones. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20161022 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86746656 |
| **Filing Date** | September 3, 2015 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 31, 2016 |
| **Registration** | 5214644 |

| | |
|---|---|
| **Number** | |
| **Registration Date** | May 30, 2017 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 5,307,372**

**Registered Oct. 10, 2017**

**Int. Cl.: 35, 36, 37**

**Service Mark**

**Principal Register**

GoPro, Inc. (DELAWARE CORPORATION)
3000 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 35: Arranging for others the repair and replacement of consumer goods, namely, cameras, camera mounts and accessories, batteries, and unmanned aerial vehicles; providing consumer product information and support via an Internet portal; product support services, namely, priority handling of mail, email messages, and telephone calls regarding cameras, camera mounts, accessories, unmanned aerial vehicles, and related software; providing an Internet website portal to facilitate pre- and post-purchase interactions and transactions and enable consumers to enter, manage and modify their consumer identification and preference information, and to request and process transfers, cancellations, returns and refunds

FIRST USE 10-22-2016; IN COMMERCE 10-22-2016

CLASS 36: Extended warranty services, namely, service contracts; extended warranty services for cameras, camera mounts, camera accessories, batteries, and unmanned aerial vehicles; providing warranties on goods manufactured by others, namely, cameras, camera mounts, camera accessories, batteries, and unmanned aerial vehicles; insurance and warranty services, namely, underwriting warranty and extended warranty contracts relating to the maintenance, repair, and updating of consumer electronic devices, namely, cameras and related equipment, accessories, software, and unmanned aerial vehicles

FIRST USE 10-22-2016; IN COMMERCE 10-22-2016

CLASS 37: Providing a premium service program for the repair and maintenance of cameras, photography and videography equipment, accessories, and unmanned aerial vehicles; providing repair related information regarding the repair and maintenance of digital cameras, photographic and videographic equipment, accessories, and unmanned aerial vehicles; providing information online regarding the maintenance and care for all types of cameras, photographic and videographic equipment, accessories, and unmanned aerial vehicles; consulting services in the field of physical maintenance of consumer electronic devices, namely, cameras, photographic and videographic equipment, accessories, and unmanned aerial vehicles; technical support and repair services, namely, technical repair advice, equipment repair and equipment inspection for repair and care of cameras, photography and videography equipment, mounts, accessories, related software, and unmanned aerial vehicles

FIRST USE 10-22-2016; IN COMMERCE 10-22-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-906,471, FILED 02-12-2016



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____ OR Jump to record: _____  **Record 32 out of 45**

---

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Arranging for others the repair and replacement of consumer goods, namely, cameras, camera mounts and accessories, batteries, and unmanned aerial vehicles; providing consumer product information and support via an Internet portal; product support services, namely, priority handling of mail, email messages, and telephone calls regarding cameras, camera mounts, accessories, unmanned aerial vehicles, and related software; providing an Internet website portal to facilitate pre- and post-purchase interactions and transactions and enable consumers to enter, manage and modify their consumer identification and preference information, and to request and process transfers, cancellations, returns and refunds. FIRST USE: 20161022. FIRST USE IN COMMERCE: 20161022

IC 036. US 100 101 102. G & S: Extended warranty services, namely, service contracts; extended warranty services for cameras, camera mounts, camera accessories, batteries, and unmanned aerial vehicles; providing warranties on goods manufactured by others, namely, cameras, camera mounts, camera accessories, batteries, and unmanned aerial vehicles; insurance and warranty services, namely, underwriting warranty and extended warranty contracts relating to the maintenance, repair, and updating of consumer electronic devices, namely, cameras and related equipment, accessories, software, and unmanned aerial vehicles. FIRST USE: 20161022. FIRST USE IN COMMERCE: 20161022

IC 037. US 100 103 106. G & S: Providing a premium service program for the repair and maintenance of cameras, photography and videography equipment, accessories, and unmanned aerial vehicles; providing repair related information regarding the repair and maintenance of digital cameras, photographic and videographic equipment, accessories, and unmanned aerial vehicles; providing information online regarding the maintenance and care for all types of cameras, photographic and videographic equipment, accessories, and unmanned aerial vehicles; consulting services in the field of physical maintenance of consumer electronic devices, namely, cameras, photographic and videographic equipment, and unmanned aerial vehicles; technical support and repair services, namely, technical repair advice, equipment repair and equipment inspection for repair and care of cameras, photography and videography equipment, mounts, accessories, related software, and unmanned aerial vehicles. FIRST USE: 20161022. FIRST USE IN COMMERCE: 20161022 |
| **Standard Characters Claimed** | |

| | |
|---|---|
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86906471 |
| **Filing Date** | February 12, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 20, 2016 |
| **Registration Number** | 5307372 |
| **International Registration Number** | 1310621; 1327787 |
| **Registration Date** | October 10, 2017 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,375,510**

**Registered Jan. 09, 2018**

**Int. Cl.: 9, 38, 41, 42**

**Service Mark**

**Trademark**

**Principal Register**

GOPRO, INC. (DELAWARE CORPORATION)
3000 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 9: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content; cases, housings, and accessories for cameras, namely, batteries, lenses, digital photo viewers, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, mounting devices for photographic equipment, tripods and camera straps; cases and bags for photographic apparatus; computer software for use in connection with photographic and video equipment and cameras, namely, software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying data, images, videos, multimedia files, and other digital data; desktop and mobile photo and video editing software; computer software and software applications for use in uploading, downloading, editing, storing, distributing and sharing photographic and video content via global and local computer networks and via mobile devices; downloadable multimedia files containing digital audio and video files featuring user generated images, videos, multimedia files, and other digital data

FIRST USE 9-19-2016; IN COMMERCE 9-19-2016

CLASS 38: Video broadcasting; streaming of video material on the internet; broadcasting of audio and video content and programming over the internet; electronic delivery of images and photographs via a global computer network and via mobile electronic devices; electronic transmission and streaming of digital media content for others via global and local computer networks and via mobile electronic devices; streaming user generated photographic and video content via a website on the internet and via mobile electronic devices

FIRST USE 9-19-2016; IN COMMERCE 9-19-2016

CLASS 41: Photographic and video services, namely, photographic and video capture; rental of photographic equipment, namely, cameras, digital cameras, video cameras, camera cases, housings, and accessories for cameras, namely, batteries, lenses, digital photo viewers, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, mounting devices for photographic equipment, tripods and camera straps; providing non-downloadable online audio, audiovisual, multimedia, picture and video content, for educational purposes in the field of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing educational services, namely, conducting classes in the fields of photography, videography, computer hardware and software applications; providing training, instruction, instructional tips and advice in the field



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

of photography, videography; providing content retrievable via the internet, namely, online nondownloadable photos and video content for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing online audio, audiovisual, multimedia, picture and video content for entertainment and educational purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, via a wireless network; providing electronic entertainment content, namely, providing online non-downloadable educational audio, audiovisual, multimedia and video content in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, and providing a web site featuring non-downloadable photographs and videos featuring images, videos, multimedia files, and other digital data for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; organizing community sporting and cultural events, and organizing regional, state-wide and national sporting events, namely, cycling, motocross, mountain biking, motorcycle and car racing, soccer, skateboard, skating, skiing, ski jumping, snowboarding, hang gliding, skydiving, surfing, diving, swimming, rafting, kayaking, rock climbing, running, track and field and extreme sports exhibitions and competitions; entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and multimedia presentations in the fields of technology, travel, entertainment news, sports, fitness, recreational activities, current events news, special interest features in the fields of nature, people in entertainment, art, pop culture, adventure sports, music and photography; providing a website featuring non-downloadable audio and video content for entertainment and educational purposes in the fields of technology, travel, entertainment, sports, fitness, recreational activities, news, special interest features in the field of science, nature, entertainment, art, pop culture, adventure sports, music and photography; providing an online searchable database in the fields of photography and videography for educational and entertainment purposes featuring instructional information, images, videos, multimedia files, and other digital data in the fields of photography and videography for subject matter related to technology, travel, entertainment, sports, fitness, recreation, news, special interest features in the fields of science, nature, people, art, pop culture, adventure sports, music and photography; on-line library services, namely, providing electronic library services which feature photographs and videos via an on-line computer network; photography and videography services, namely, providing photographic and video content for third parties to use in the creation of television programs, television commercials, motion pictures and films; providing online journals, namely, blogs, for sharing thoughts, ideas, experiences, comments, tips, techniques, and advice in the field of photography and videography; providing conferences, seminars, workshops and tutorials in the field of photography and videography for entertainment and educational purposes

FIRST USE 9-19-2016; IN COMMERCE 9-19-2016

CLASS 42: Providing a web hosting platform for uploading, downloading, storing, managing, distributing, editing and sharing photographic, video and multimedia content of third parties; providing temporary use of online non-downloadable software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Providing temporary use of on-line non-downloadable cloud computing software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Peer-to-browser photo sharing services, namely, providing a website featuring technology

enabling users to upload, view, and download digital photos and videos; Providing a web site featuring temporary use of non-downloadable software allowing web site users to upload on-line videos for sharing with others for entertainment purposes; Providing a web site that gives computer users the ability to upload, exchange and share photos, videos and video logs; Computer services, namely, providing search platforms to allow users to locate, access, copy, transmit, edit, and share photographic, video and multimedia content; file sharing services, namely, providing a website featuring technology enabling users to download electronic files containing user generated photos and videos in the field of general interest; hosting on-line web facilities for others for databases and libraries of third parties in the field of photography and videography

FIRST USE 9-19-2016; IN COMMERCE 9-19-2016

The mark consists of the word "GOPRO" above four small rectangles.

SER. NO. 85-973,328, FILED 06-28-2013

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.   See  15  U.S.C.  §§1058,  1141k.   If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.


**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*


**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do  not  file  renewal  applications  at  the  USPTO.   Instead,  the  holder  must  file  a  renewal  of  the  underlying international  registration  at  the  International  Bureau  of  the  World  Intellectual  Property  Organization,  under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Dec 13 04:07:21 EST 2022

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____  **Record 40 out of 45**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content; cases, housings, and accessories for cameras, namely, batteries, lenses, digital photo viewers, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, mounting devices for photographic equipment, tripods and camera straps; cases and bags for photographic apparatus; computer software for use in connection with photographic and video equipment and cameras, namely, software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying data, images, videos, multimedia files, and other digital data; desktop and mobile photo and video editing software; computer software and software applications for use in uploading, downloading, editing, storing, distributing and sharing photographic and video content via global and local computer networks and via mobile devices; downloadable multimedia files containing digital audio and video files featuring user generated images, videos, multimedia files, and other digital data. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20160919 |

IC 038. US 100 101 104. G & S: Video broadcasting; streaming of video material on the internet; broadcasting of audio and video content and programming over the internet; electronic delivery of images and photographs via a global computer network and via mobile electronic devices; electronic transmission and streaming of digital media content for others via global and local computer networks and via mobile electronic devices; streaming user generated photographic and video content via a website on the internet and via mobile electronic devices. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20160919

IC 041. US 100 101 107. G & S: Photographic and video services, namely, photographic and video capture; rental of photographic equipment, namely, cameras, digital cameras, video cameras, camera cases, housings, and accessories for cameras, namely, batteries, lenses, digital photo viewers, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, mounting devices for photographic equipment, tripods and camera straps; providing non-downloadable online audio, audiovisual, multimedia, picture and video content, for educational purposes in the field of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing educational services, namely, conducting classes in the fields of photography, videography, computer hardware and software

applications; providing training, instruction, instructional tips and advice in the field of photography, videography; providing content retrievable via the internet, namely, online nondownloadable photos and video content for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing online audio, audiovisual, multimedia, picture and video content for entertainment and educational purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, via a wireless network; providing electronic entertainment content, namely, providing online non-downloadable educational audio, audiovisual, multimedia and video content in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, and providing a web site featuring non-downloadable photographs and videos featuring images, videos, multimedia files, and other digital data for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; organizing community sporting and cultural events, and organizing regional, state-wide and national sporting events, namely, cycling, motocross, mountain biking, motorcycle and car racing, soccer, skateboard, skating, skiing, ski jumping, snowboarding, hang gliding, skydiving, surfing, diving, swimming, rafting, kayaking, rock climbing, running, track and field and extreme sports exhibitions and competitions; entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and multimedia presentations in the fields of technology, travel, entertainment news, sports, fitness, recreational activities, current events news, special interest features in the fields of nature, people in entertainment, art, pop culture, adventure sports, music and photography; providing a website featuring non-downloadable audio and video content for entertainment and educational purposes in the fields of technology, travel, entertainment, sports, fitness, recreational activities, news, special interest features in the field of science, nature, entertainment, art, pop culture, adventure sports, music and photography; providing an online searchable database in the fields of photography and videography for educational and entertainment purposes featuring instructional information, images, videos, multimedia files, and other digital data in the fields of photography and videography for subject matter related to technology, travel, entertainment, sports, fitness, recreation, news, special interest features in the fields of science, nature, people, art, pop culture, adventure sports, music and photography; on-line library services, namely, providing electronic library services which feature photographs and videos via an on-line computer network; photography and videography services, namely, providing photographic and video content for third parties to use in the creation of television programs, television commercials, motion pictures and films; providing online journals, namely, blogs, for sharing thoughts, ideas, experiences, comments, tips, techniques, and advice in the field of photography and videography; providing conferences, seminars, workshops and tutorials in the field of photography and videography for entertainment and educational purposes. FIRST USE: 20160916. FIRST USE IN COMMERCE: 20160919

IC 042. US 100 101. G & S: Providing a web hosting platform for uploading, downloading, storing, managing, distributing, editing and sharing photographic, video and multimedia content of third parties; providing temporary use of online non-downloadable software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Providing temporary use of on-line non-downloadable cloud computing software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Peer-to-browser photo sharing services, namely, providing a website featuring technology enabling users to upload, view, and download digital photos and videos; Providing a web site featuring temporary use of non-downloadable software allowing web site users to upload on-line videos for sharing with others for entertainment purposes; Providing a web site that gives computer users the ability to upload, exchange and share photos, videos and video logs; Computer services, namely, providing search platforms to allow users to locate, access, copy, transmit, edit, and share photographic, video and multimedia content; file sharing services, namely, providing a website featuring technology enabling users to download electronic files containing user generated photos and videos in the field of general interest; hosting on-line web facilities for others for databases and libraries of third parties in the field of photography and videography. FIRST USE: 20160919. FIRST USE IN COMMERCE: 20160919

| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| --- | --- |
| Design Search Code | 26.09.14 - Squares, three or more ; Three or more squares<br>26.09.21 - Squares that are completely or partially shaded |

| | |
|---|---|
| **Serial Number** | 85973328 |
| **Filing Date** | June 28, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 20, 2015 |
| **Registration Number** | 5375510 |
| **Registration Date** | January 9, 2018 |
| **Owner** | (REGISTRANT) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the word "GOPRO" above four small rectangles. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 5,933,092**

**Registered Dec. 10, 2019**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

GoPro, Inc.  (DELAWARE CORPORATION)
3000 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 18: All-purpose carrying bags; backpacks; grip bags; kit bags; sports bags; sports packs

FIRST USE 10-24-2012; IN COMMERCE 10-24-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-982,199, FILED 11-27-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]    **Record 19 out of 45**

TSDR  ASSIGN Status  TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: All-purpose carrying bags; backpacks; grip bags; kit bags; sports bags; sports packs. FIRST USE: 20121024. FIRST USE IN COMMERCE: 20121024 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87982199 |
| **Filing Date** | November 27, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 21, 2018 |
| **Registration Number** | 5933092 |
| **Registration Date** | December 10, 2019 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    **LIVE**

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 6,252,363**

**Registered Jan. 19, 2021**

**Int. Cl.: 9, 11**

**Trademark**

**Principal Register**

GoPro, Inc.  (DELAWARE CORPORATION)
3025 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 9: Lights for use with digital cameras and video cameras; lighting devices for taking pictures and videos; flashlights for use in photography

FIRST USE 12-20-2019; IN COMMERCE 12-20-2019

CLASS 11: Lights for use in illuminating people, animals, objects, scenery and surroundings; flashlights; LED flashlights; electric flashlights; flashlights for illumination purposes; searchlights; outdoor portable lighting products, namely, headlamps; headlights for illumination purposes

FIRST USE 12-20-2019; IN COMMERCE 12-20-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-616,760, FILED 09-13-2019



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At:                OR    Jump    to record:            **Record 13 out of 77**

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Lights for use with digital cameras and video cameras; lighting devices for taking pictures and videos; flashlights for use in photography. FIRST USE: 20191220. FIRST USE IN COMMERCE: 20191220 |
| | IC 011. US 013 021 023 024 031 034. G & S: Lights for use in illuminating people, animals, objects, scenery and surroundings; flashlights; LED flashlights; electric flashlights; flashlights for illumination purposes; searchlights; outdoor portable lighting products, namely, headlamps; headlights for illumination purposes. FIRST USE: 20191220. FIRST USE IN COMMERCE: 20191220 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88616760 |
| **Filing Date** | September 13, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 21, 2020 |
| **Registration Number** | 6252363 |
| **Registration Date** | January 19, 2021 |

| | |
|---|---|
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 Clearview Way San Mateo CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | | |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# GOPRO

**Reg. No. 6,373,283**

**Registered Jun. 01, 2021**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

GoPro, Inc.  (DELAWARE CORPORATION)
3025 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 18: duffel bags; travel bags; luggage; overnight bags; athletic bags; waist bags; crossbody bags

FIRST USE 6-26-2016; IN COMMERCE 6-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-698,735, FILED 11-27-2017







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:          **Record 18 out of 45**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: duffel bags; travel bags; luggage; overnight bags; athletic bags; waist bags; crossbody bags. FIRST USE: 20160626. FIRST USE IN COMMERCE: 20160626 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87698735 |
| **Filing Date** | November 27, 2017 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 21, 2018 |
| **Registration Number** | 6373283 |
| **Registration Date** | June 1, 2021 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 Clearview Way San Mateo CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |

**Live/Dead Indicator**    **LIVE**

# United States of America
## United States Patent and Trademark Office

# GOPRO

**Reg. No. 6,720,168**
**Registered May 03, 2022**
**Int. Cl.: 9, 21**
**Trademark**
**Principal Register**

GoPro, Inc.  (DELAWARE CORPORATION)
3025 Clearview Way
San Mateo, CALIFORNIA 94402

CLASS 9: sunglasses; floatable sunglasses

FIRST USE 7-28-2020; IN COMMERCE 7-28-2020

CLASS 21: canteen insulated; water bottles sold empty; aluminum water bottles sold empty; reusable stainless steel water bottles sold empty; reusable stainless steel water bottles sold empty

FIRST USE 7-28-2020; IN COMMERCE 7-28-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-453,345, FILED 01-07-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | | | |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: _____   OR   Jump   to record: _____   **Record 7 out of 77**

---

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# GOPRO

| | |
|---|---|
| **Word Mark** | GOPRO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: sunglasses; floatable sunglasses. FIRST USE: 20200728. FIRST USE IN COMMERCE: 20200728 |
| | IC 021. US 002 013 023 029 030 033 040 050. G & S: canteen insulated; water bottles sold empty; aluminum water bottles sold empty; reusable stainless steel water bottles sold empty; reusable stainless steel water bottles sold empty. FIRST USE: 20200728. FIRST USE IN COMMERCE: 20200728 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90453345 |
| **Filing Date** | January 7, 2021 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 15, 2021 |
| **Registration Number** | 6720168 |
| **Registration Date** | May 3, 2022 |
| **Owner** | (REGISTRANT) GoPro, Inc. CORPORATION DELAWARE 3025 Clearview Way San Mateo CALIFORNIA 94402 |
| **Attorney of** | Connie L. Ellerbach |

**Record**

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

---

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST

FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

---

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,993,752**

**Registered July 5, 2016**

**Int. Cls.: 9, 38, 41, and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GOPRO, INC. (DELAWARE CORPORATION)
3000 CLEARVIEW WAY
SAN MATEO, CA 94402

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY, CAMERAS, DIGITAL CAMERAS, VIDEO CAMERAS; PORTABLE HANDHELD ELECTRONIC DEVICES FOR RECORDING, STORAGE, TRANSMISSION OR REPRODUCTION OF PHOTOGRAPHIC, VIDEO AND MULTIMEDIA CONTENT; CASES, HOUSINGS, AND ACCESSORIES FOR CAMERAS, NAMELY, BATTERIES, LENSES, WIRELESS ADAPTERS, POWER ADAPTERS, ADAPTER RINGS FOR ATTACHING OBJECTS TO CAMERAS, REMOTE CONTROLS, MICROPHONES, SD CARDS, PHOTOGRAPHIC FLASH UNITS, MOUNTING DEVICES FOR PHOTOGRAPHIC EQUIPMENT, TRIPODS AND CAMERA STRAPS; CASES AND BAGS FOR PHOTOGRAPHIC APPARATUS; COMPUTER SOFTWARE FOR USE IN CONNECTION WITH PHOTOGRAPHIC AND VIDEO EQUIPMENT AND CAMERAS, NAMELY, SOFTWARE FOR TAKING, CAPTURING, MANAGING, PROCESSING, OPERATING, VIEWING, STORING, EDITING, ARRANGING, COMBINING, SHARING, MANIPULATING, MODIFYING, COMMENTING ON, TRANSMITTING AND DISPLAYING DATA, IMAGES, VIDEOS, MULTIMEDIA FILES, AND OTHER DIGITAL DATA; DESKTOP AND MOBILE PHOTO AND VIDEO EDITING SOFTWARE; COMPUTER SOFTWARE AND SOFTWARE APPLICATIONS FOR USE IN UPLOADING, DOWNLOADING, EDITING, STORING, DISTRIBUTING AND SHARING PHOTOGRAPHIC AND VIDEO CONTENT VIA GLOBAL AND LOCAL COMPUTER NETWORKS AND VIA MOBILE DEVICES; DOWNLOADABLE MULTIMEDIA FILES CONTAINING DIGITAL AUDIO AND VIDEO FILES FEATURING USER GENERATED IMAGES, VIDEOS, MULTIMEDIA FILES, AND OTHER DIGITAL DATA, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-17-2008; IN COMMERCE 7-17-2008.

FOR: VIDEO BROADCASTING; STREAMING OF VIDEO MATERIAL ON THE INTERNET; BROADCASTING OF AUDIO AND VIDEO CONTENT AND PROGRAMMING OVER THE INTERNET; ELECTRONIC DELIVERY OF IMAGES AND PHOTOGRAPHS VIA A GLOBAL COMPUTER NETWORK AND VIA MOBILE ELECTRONIC DEVICES; ELECTRONIC TRANSMISSION AND STREAMING OF DIGITAL MEDIA CONTENT FOR OTHERS VIA GLOBAL AND LOCAL COMPUTER NETWORKS AND VIA MOBILE ELECTRONIC DEVICES; STREAMING USER GENERATED PHOTOGRAPHIC AND VIDEO CONTENT VIA A WEBSITE ON THE INTERNET AND VIA MOBILE ELECTRONIC DEVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,993,752** FIRST USE 3-11-2009; IN COMMERCE 3-11-2009.

FOR: PHOTOGRAPHIC AND VIDEO SERVICES, NAMELY, PHOTOGRAPHIC AND VIDEO CAPTURE; PROVIDING NON-DOWNLOADABLE ONLINE AUDIO, AUDIOVISUAL, MULTIMEDIA, PICTURE AND VIDEO CONTENT, FOR EDUCATIONAL PURPOSES IN THE FIELD OF MEDIA, NEWS, POLITICS, EDUCATION, ENTERTAINMENT, SPORTS, CULTURE, COMEDY, BUSINESS, HEALTHY LIVING AND LIFESTYLE, WELLNESS, FASHION, PERSONAL BEAUTY, CURRENT EVENTS, ENVIRONMENTAL CONSERVATION AND SUSTAINABILITY ISSUES, FOOD, FINANCE, TECHNOLOGY, TRAVEL, BOOKS, FINE ARTS, MUSIC, ART, SCIENCE, LITERATURE, LEISURE, GAMING, RELIGION, PERFORMING ARTS AND PHILANTHROPY; PROVIDING EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELDS OF PHOTOGRAPHY, VIDEOGRAPHY, COMPUTER HARDWARE AND SOFTWARE APPLICATIONS; PROVIDING TRAINING, INSTRUCTION, INSTRUCTIONAL TIPS AND ADVICE IN THE FIELD OF PHOTOGRAPHY, VIDEOGRAPHY; PROVIDING CONTENT RETRIEVABLE VIA THE INTERNET, NAMELY, ONLINE NON-DOWNLOADABLE PHOTOS AND VIDEO CONTENT FOR EDUCATIONAL AND ENTERTAINMENT PURPOSES IN THE FIELDS OF MEDIA, NEWS, POLITICS, EDUCATION, ENTERTAINMENT, SPORTS, CULTURE, COMEDY, BUSINESS, HEALTHY LIVING AND LIFESTYLE, WELLNESS, FASHION, PERSONAL BEAUTY, CURRENT EVENTS, ENVIRONMENTAL CONSERVATION AND SUSTAINABILITY ISSUES, FOOD, FINANCE, TECHNOLOGY, TRAVEL, BOOKS, FINE ARTS, MUSIC, ART, SCIENCE, LITERATURE, LEISURE, GAMING, RELIGION, PERFORMING ARTS AND PHILANTHROPY; PROVIDING ONLINE AUDIO, AUDIOVISUAL, MULTIMEDIA, PICTURE AND VIDEO CONTENT FOR ENTERTAINMENT AND EDUCATIONAL PURPOSES IN THE FIELDS OF MEDIA, NEWS, POLITICS, EDUCATION, ENTERTAINMENT, SPORTS, CULTURE, COMEDY, BUSINESS, HEALTHY LIVING AND LIFESTYLE, WELLNESS, FASHION, PERSONAL BEAUTY, CURRENT EVENTS, ENVIRONMENTAL CONSERVATION AND SUSTAINABILITY ISSUES, FOOD, FINANCE, TECHNOLOGY, TRAVEL, BOOKS, FINE ARTS, MUSIC, ART, SCIENCE, LITERATURE, LEISURE, GAMING, RELIGION, PERFORMING ARTS AND PHILANTHROPY, VIA A WIRELESS NETWORK, PROVIDING ELECTRONIC ENTERTAINMENT CONTENT, NAMELY, PROVIDING ONLINE NON-DOWNLOADABLE EDUCATIONAL AUDIO, AUDIOVISUAL, MULTIMEDIA AND VIDEO CONTENT IN THE FIELDS OF MEDIA, NEWS, POLITICS, EDUCATION, ENTERTAINMENT, SPORTS, CULTURE, COMEDY, BUSINESS, HEALTHY LIVING AND LIFESTYLE, WELLNESS, FASHION, PERSONAL BEAUTY, CURRENT EVENTS, ENVIRONMENTAL CONSERVATION AND SUSTAINABILITY ISSUES, FOOD, FINANCE, TECHNOLOGY, TRAVEL, BOOKS, FINE ARTS, MUSIC, ART, SCIENCE, LITERATURE, LEISURE, GAMING, RELIGION, PERFORMING ARTS AND PHILANTHROPY, AND PROVIDING A WEB SITE FEATURING NON-DOWNLOADABLE PHOTOGRAPHS AND VIDEOS FEATURING IMAGES, VIDEOS, MULTIMEDIA FILES, AND OTHER DIGITAL DATA FOR EDUCATIONAL AND ENTERTAINMENT PURPOSES IN THE FIELDS OF MEDIA, NEWS, POLITICS, EDUCATION, ENTERTAINMENT, SPORTS, CULTURE, COMEDY, BUSINESS, HEALTHY LIVING AND LIFESTYLE, WELLNESS, FASHION, PERSONAL BEAUTY, CURRENT EVENTS, ENVIRONMENTAL CONSERVATION AND SUSTAINABILITY ISSUES, FOOD, FINANCE, TECHNOLOGY, TRAVEL, BOOKS, FINE ARTS, MUSIC, ART, SCIENCE, LITERATURE, LEISURE, GAMING, RELIGION, PERFORMING ARTS AND PHILANTHROPY; ORGANIZING COMMUNITY SPORTING AND CULTURAL EVENTS, AND ORGANIZING REGIONAL, STATE-WIDE AND NATIONAL SPORTING EVENTS, NAMELY, CYCLING, MOUNTAIN BIKING, MOTORCYCLE AND CAR RACING, SKATEBOARD, SKIING, SKI JUMPING, SNOWBOARDING, SKYDIVING, SURFING, DIVING, SWIMMING, RAFTING, KAYAKING, ROCK CLIMBING, AND RUNNING; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE PHOTOGRAPHIC, AUDIO, VIDEO AND MULTIMEDIA PRESENTATIONS IN THE FIELDS OF TECHNOLOGY, TRAVEL, ENTERTAINMENT NEWS, SPORTS, FITNESS, RECREATIONAL ACTIVITIES, CURRENT EVENTS NEWS, SPECIAL INTEREST FEATURES IN THE FIELDS OF NATURE, PEOPLE IN ENTERTAINMENT, ART, POP CULTURE, ADVENTURE SPORTS, MUSIC AND PHOTOGRAPHY; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE AUDIO AND VIDEO CONTENT FOR ENTERTAINMENT AND EDUCATIONAL PURPOSES IN THE FIELDS OF TECHNOLOGY, TRAVEL, ENTERTAINMENT,

**Reg. No. 4,993,752**   SPORTS, FITNESS, RECREATIONAL ACTIVITIES, NEWS, SPECIAL INTEREST FEATURES IN THE FIELD OF SCIENCE, NATURE, ENTERTAINMENT, ART, POP CULTURE, ADVENTURE SPORTS, MUSIC AND PHOTOGRAPHY; PROVIDING AN ONLINE SEARCHABLE DATABASE IN THE FIELDS OF PHOTOGRAPHY AND VIDEOGRAPHY FOR EDUCATIONAL AND ENTERTAINMENT PURPOSES FEATURING INSTRUCTIONAL INFORMATION, IMAGES, VIDEOS, MULTIMEDIA FILES, AND OTHER DIGITAL DATA IN THE FIELDS OF PHOTOGRAPHY AND VIDEOGRAPHY FOR SUBJECT MATTER RELATED TO TECHNOLOGY, TRAVEL, ENTERTAINMENT, SPORTS, FITNESS, RECREATION, NEWS, SPECIAL INTEREST FEATURES IN THE FIELDS OF SCIENCE, NATURE, PEOPLE, ART, POP CULTURE, ADVENTURE SPORTS, MUSIC AND PHOTOGRAPHY; ON-LINE LIBRARY SERVICES, NAMELY, PROVIDING ELECTRONIC LIBRARY SERVICES WHICH FEATURE PHOTOGRAPHS AND VIDEOS VIA AN ON-LINE COMPUTER NETWORK; PHOTOGRAPHY AND VIDEOGRAPHY SERVICES, NAMELY, PROVIDING PHOTOGRAPHIC AND VIDEO CONTENT FOR THIRD PARTIES TO USE IN THE CREATION OF TELEVISION PROGRAMS, TELEVISION COMMERCIALS, MOTION PICTURES AND FILMS; PROVIDING ONLINE JOURNALS, NAMELY, BLOGS, FOR SHARING THOUGHTS, IDEAS, EXPERIENCES, COMMENTS, TIPS, TECHNIQUES, AND ADVICE IN THE FIELD OF PHOTOGRAPHY AND VIDEOGRAPHY; PROVIDING CONFERENCES, SEMINARS, WORKSHOPS AND TUTORIALS IN THE FIELD OF PHOTOGRAPHY AND VIDEOGRAPHY FOR ENTERTAINMENT AND EDUCATIONAL PURPOSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-0-2006; IN COMMERCE 3-0-2006.

FOR: PROVIDING A WEB HOSTING PLATFORM FOR UPLOADING, DOWNLOADING, STORING, MANAGING, DISTRIBUTING, EDITING AND SHARING PHOTOGRAPHIC, VIDEO AND MULTIMEDIA CONTENT OF THIRD PARTIES; PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE SOFTWARE FOR USE IN UPLOADING, DOWNLOADING, STORING, DISTRIBUTING, MANAGING, EDITING AND SHARING PHOTOGRAPHIC, VIDEO AND MULTIMEDIA CONTENT VIA LOCAL AND GLOBAL COMPUTER NETWORKS AND VIA MOBILE DEVICES; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE CLOUD COMPUTING SOFTWARE FOR USE IN UPLOADING, DOWNLOADING, STORING, DISTRIBUTING, MANAGING, EDITING AND SHARING PHOTOGRAPHIC, VIDEO AND MULTIMEDIA CONTENT VIA LOCAL AND GLOBAL COMPUTER NETWORKS AND VIA MOBILE DEVICES; PEER-TO-BROWSER PHOTO SHARING SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING TECHNOLOGY ENABLING USERS TO UPLOAD, VIEW, AND DOWNLOAD DIGITAL PHOTOS AND VIDEOS; PROVIDING A WEB SITE FEATURING TEMPORARY USE OF NON-DOWNLOADABLE SOFTWARE ALLOWING WEB SITE USERS TO UPLOAD ON-LINE VIDEOS FOR SHARING WITH OTHERS FOR ENTERTAINMENT PURPOSES; PROVIDING A WEB SITE THAT GIVES COMPUTER USERS THE ABILITY TO UPLOAD, EXCHANGE AND SHARE PHOTOS, VIDEOS AND VIDEO LOGS; COMPUTER SERVICES, NAMELY, PROVIDING SEARCH PLATFORMS TO ALLOW USERS TO LOCATE, ACCESS, COPY, TRANSMIT, EDIT, AND SHARE PHOTOGRAPHIC, VIDEO AND MULTIMEDIA CONTENT; FILE SHARING SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING TECHNOLOGY ENABLING USERS TO DOWNLOAD ELECTRONIC FILES CONTAINING USER GENERATED PHOTOS AND VIDEOS IN THE FIELD OF GENERAL INTEREST; HOSTING ON-LINE WEB FACILITIES FOR OTHERS FOR DATABASES AND LIBRARIES OF THIRD PARTIES IN THE FIELD OF PHOTOGRAPHY AND VIDEOGRAPHY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-28-2011; IN COMMERCE 3-28-2011.

OWNER OF U.S. REG. NO. 3,032,989.

THE MARK CONSISTS OF THE LARGE WORDS "GOPRO" POSITIONED ABOVE THE SMALLER TERMS "BE A HERO." TO THE LEFT OF FOUR SMALL RECTANGLES.

SN 86-048,215, FILED 8-26-2013.

**Reg. No. 4,993,752** ANTHONY RINKER, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years\***
**What and When to File:**

>*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

>*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

>You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR Jump to record: [        ]   **Record 27 out of 45**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

GoPro
Be a HERO.

| **Word Mark** | GOPRO BE A HERO. |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content; cases, housings, and accessories for cameras, namely, batteries, lenses, wireless adapters, power adapters, adapter rings for attaching objects to cameras, remote controls, microphones, SD cards, photographic flash units, mounting devices for photographic equipment, tripods and camera straps; cases and bags for photographic apparatus; computer software for use in connection with photographic and video equipment and cameras, namely, software for taking, capturing, managing, processing, operating, viewing, storing, editing, arranging, combining, sharing, manipulating, modifying, commenting on, transmitting and displaying data, images, videos, multimedia files, and other digital data; desktop and mobile photo and video editing software; computer software and software applications for use in uploading, downloading, editing, storing, distributing and sharing photographic and video content via global and local computer networks and via mobile devices; downloadable multimedia files containing digital audio and video files featuring user generated images, videos, multimedia files, and other digital data. FIRST USE: 20080717. FIRST USE IN COMMERCE: 20080717 |
| | IC 038. US 100 101 104. G & S: Video broadcasting; streaming of video material on the internet; broadcasting of audio and video content and programming over the internet; electronic delivery of images and photographs via a global computer network and via mobile electronic devices; electronic transmission and streaming of digital media content for others via global and local computer networks and via mobile electronic devices; streaming user generated photographic and video content via a website on the internet and via mobile electronic devices. FIRST USE: 20090311. FIRST USE IN COMMERCE: 20090311 |
| | IC 041. US 100 101 107. G & S: Photographic and video services, namely, photographic and video capture; providing non-downloadable online audio, audiovisual, multimedia, picture and video content, for educational purposes in the field of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing educational services, namely, conducting classes in the fields of photography, videography, computer hardware and software applications; providing training, instruction, instructional tips and advice in the field of photography, videography; providing content retrievable via the internet, namely, online non-downloadable photos and video content for educational and entertainment |

purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; providing online audio, audiovisual, multimedia, picture and video content for entertainment and educational purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, via a wireless network, providing electronic entertainment content, namely, providing online non-downloadable educational audio, audiovisual, multimedia and video content in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy, and providing a web site featuring non-downloadable photographs and videos featuring images, videos, multimedia files, and other digital data for educational and entertainment purposes in the fields of media, news, politics, education, entertainment, sports, culture, comedy, business, healthy living and lifestyle, wellness, fashion, personal beauty, current events, environmental conservation and sustainability issues, food, finance, technology, travel, books, fine arts, music, art, science, literature, leisure, gaming, religion, performing arts and philanthropy; organizing community sporting and cultural events, and organizing regional, state-wide and national sporting events, namely, cycling, mountain biking, motorcycle and car racing, skateboard, skiing, ski jumping, snowboarding, skydiving, surfing, diving, swimming, rafting, kayaking, rock climbing, and running; entertainment services, namely, providing a website featuring non-downloadable photographic, audio, video and multimedia presentations in the fields of technology, travel, entertainment news, sports, fitness, recreational activities, current events news, special interest features in the fields of nature, people in entertainment, art, pop culture, adventure sports, music and photography; providing a website featuring non-downloadable audio and video content for entertainment and educational purposes in the fields of technology, travel, entertainment, sports, fitness, recreational activities, news, special interest features in the field of science, nature, entertainment, art, pop culture, adventure sports, music and photography; providing an online searchable database in the fields of photography and videography for educational and entertainment purposes featuring instructional information, images, videos, multimedia files, and other digital data in the fields of photography and videography for subject matter related to technology, travel, entertainment, sports, fitness, recreation, news, special interest features in the fields of science, nature, people, art, pop culture, adventure sports, music and photography; on-line library services, namely, providing electronic library services which feature photographs and videos via an on-line computer network; photography and videography services, namely, providing photographic and video content for third parties to use in the creation of television programs, television commercials, motion pictures and films; providing online journals, namely, blogs, for sharing thoughts, ideas, experiences, comments, tips, techniques, and advice in the field of photography and videography; providing conferences, seminars, workshops and tutorials in the field of photography and videography for entertainment and educational purposes. FIRST USE: 20060300. FIRST USE IN COMMERCE: 20060300

IC 042. US 100 101. G & S: Providing a web hosting platform for uploading, downloading, storing, managing, distributing, editing and sharing photographic, video and multimedia content of third parties; providing temporary use of online non-downloadable software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Providing temporary use of on-line non-downloadable cloud computing software for use in uploading, downloading, storing, distributing, managing, editing and sharing photographic, video and multimedia content via local and global computer networks and via mobile devices; Peer-to-browser photo sharing services, namely, providing a website featuring technology enabling users to upload, view, and download digital photos and videos; Providing a web site featuring temporary use of non-downloadable software allowing web site users to upload on-line videos for sharing with others for entertainment purposes; Providing a web site that gives computer users the ability to upload, exchange and share photos, videos and video logs; Computer services, namely, providing search platforms to allow users to locate, access, copy, transmit, edit, and share photographic, video and multimedia content; file sharing services, namely, providing a website featuring technology enabling users to download electronic files containing user generated photos and videos in the field of general interest; hosting on-line web facilities for others for databases and libraries of third parties in the field of photography and videography. FIRST USE: 20110328. FIRST USE IN COMMERCE: 20110328

| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
|---|---|
| **Design Search Code** | 26.11.20 - Rectangles inside one another<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 86048215 |
| **Filing Date** | August 26, 2013 |
| **Current** | 1A |

| | |
|---|---|
| **Basis** | |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 20, 2015 |
| **Registration Number** | 4993752 |
| **Registration Date** | July 5, 2016 |
| **Owner** | (REGISTRANT) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Connie L. Ellerbach |
| **Prior Registrations** | 3032989 |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the large words "GoPro" positioned above the smaller terms "Be a HERO." to the left of four small rectangles. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 3,308,141**

Registered Oct. 9, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# Hero

WOODMAN LABS, INC. (CALIFORNIA COR-
PORATION)
PO BOX 523
PESCADERO, CA 94060

FOR: PHOTOGRAPHIC EQUIPMENT, NAMELY,
FILM CAMERAS AND DIGITAL CAMERA, CAM-
ERA HOUSINGS AND CASES, AND CAMERA
STRAPS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-15-2004; IN COMMERCE 9-15-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-369,578, FILED 2-18-2004.

KEVON CHISOLM, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]     **Record 43 out of 45**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

Hero

| | |
|---|---|
| **Word Mark** | HERO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, [ film cameras and ] digital camera, camera housings and cases, and camera straps. FIRST USE: 20040915. FIRST USE IN COMMERCE: 20040915 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78369578 |
| **Filing Date** | February 18, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 12, 2006 |
| **Registration Number** | 3308141 |
| **Registration Date** | October 9, 2007 |
| **Owner** | (REGISTRANT) Woodman Labs, Inc. CORPORATION CALIFORNIA 3000 Clearview Way, Bldg E San Mateo CALIFORNIA 94402 |
| | (LAST LISTED OWNER) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | Connie L. Ellerbach |

12/13/22, 3:00 PM                              Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Record** | |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20171008. |
| **Renewal** | 1ST RENEWAL 20171008 |
| **Live/Dead Indicator** | **LIVE** |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST
FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# United States of America

## United States Patent and Trademark Office

# HERO

**Reg. No. 5,375,974**

**Registered Jan. 09, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

GOPRO, INC. (DELAWARE CORPORATION)
3000 Clearview Way
Bldg E
San Mateo, CALIFORNIA 94402

CLASS 9: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content

FIRST USE 9-15-2004; IN COMMERCE 9-15-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3308141

SER. NO. 86-978,246, FILED 08-26-2013



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 13 04:07:21 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [        ] OR Jump to record: [        ]   **Record 30 out of 45**

---

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# HERO

| | |
|---|---|
| **Word Mark** | HERO |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Photographic equipment, namely, cameras, digital cameras, video cameras; portable handheld electronic devices for recording, storage, transmission or reproduction of photographic, video and multimedia content. FIRST USE: 20040915. FIRST USE IN COMMERCE: 20040915 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86978246 |
| **Filing Date** | August 26, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 22, 2016 |
| **Registration Number** | 5375974 |
| **Registration Date** | January 9, 2018 |
| **Owner** | (REGISTRANT) GOPRO, INC. CORPORATION DELAWARE 3025 CLEARVIEW WAY SAN MATEO CALIFORNIA 94402 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of** | Connie L. Ellerbach |

**Record**

| | |
|---|---|
| **Prior Registrations** | 3308141 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | **LIVE** |

---

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

---

| **.HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**